IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MESHEA RODGERS                                                                      PLAINTIFF

V.                                                         CIVIL ACTION NO. 5:18-cv-82-DCB-MTP

MANAGEMENT & TRAINING                                                       DEFENDANT
CORPORATION

### NOTICE OF SERVICE OF DISCOVERY

TO:   Steven J. Griffin
      Daniel Coker Horton & Bell, P.A.
      Post Office Box 1084
      Jackson, MS 39215-1084

Notice is hereby given that Plaintiff has this date served in the above entitled action:

- **Plaintiff's First Set of Interrogatories Propounded to Defendant**

- **Plaintiff's First Set of Requests for Production of Documents Propounded to Defendant**

The undersigned retains the original of the above document as custodian thereof pursuant to the local rules.

RESPECTFULLY SUBMITTED,

MESHEA RODGERS

*/s/ Clifford B. Ammons, Jr.*
Clifford B. Ammons, Jr.

**OF COUNSEL:**
Clifford B. Ammons (MSB #1556)
James M. Tyrone (MSB #102381)
Clifford B. Ammons, Jr. (MSB #102964)
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
P. O. Box 650
Jackson, MS  39205
Phone: 601-965-1900
Fax: 601-965-1901
Email: cammons@watkinseager.com
Email: mtyrone@watkinseager.com
Email: ammonsjr@watkinseager.com

## CERTIFICATE OF SERVICE

    I, Clifford B. Ammons, Jr., hereby certify that on the 28th day of September, 2018, I served the foregoing document to all counsel of record via the Court's electronic filing system.

*/s/ Clifford B. Ammons, Jr.*
