IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MESHEA RODGERS                                                                                           PLAINTIFF

VS.                                                                         CAUSE NO. 5:18-CV-82-DCB-MTP

MANAGEMENT & TRAINING
COPORATION                                                                                              DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Charles R. Mullins and enters this appearance on behalf of Plaintiff in the above styled and numbered cause.

                              Respectfully submitted,

                              MESHEA RODGERS

                BY:    */s/ Charles R. Mullins* _____
                              CHARLES R. MULLINS

CHARLES R. MULLINS (MB# 9821)
COXWELL & ASSOCIATES, PLLC
Post Office Box 1337
Jackson, Mississippi  39215-1337
Telephone: (601) 948-1600

CERTIFICATE OF SERVICE

This is to certify that I, Charles R. Mullins, Attorney for Plaintiff, have this day served a true and correct copy of the above and foregoing *Notice of Entry of Appearance* via the Court's electronic filing system.

This the 14th day of December, 2018.

BY:   */s/ Charles R. Mullins*
       CHARLES R. MULLINS